UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
United States of America,

                    Plaintiff,

    -against-

                                            Case No. 7:03-cr-1417

Edgardo Rivera

                    Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                            SO ORDERED.

                                            Hon. Martin R. Goldberg
                                            United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie, New York